**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Lameck Okumu, | ) | |
| Plaintiff, | ) | Case No.: 4:25-cv-01572 SRW |
| | ) | |
| vs. | ) | |
| | ) | |
| Hireright, LLC, | ) | |
| Defendant, | ) | |
| | ) | |

**STATUS REPORT**

Pursuant to the Court Order, Plaintiff submits the following Joint Status Report on behalf of the parties. Plaintiff has recently initiated arbitration in the American Arbitration Association (AAA). The parties are awaiting for AAA to accept the filing and set a scheduling conference.

By: /s/ Matthew P. Cook
Cook Law, LLC
Matthew P. Cook #62815
Attorney for Plaintiff
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone: 314-200-5536
Email: Cookmp21@yahoo.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing were sent to the Court's electronic filing system on the 19th day of August, 2026 and was accordingly electronically served to all appropriate parties.

__/s/ Matthew P. Cook, Esq.___